UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN SALAS,

          Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendants.

No.  1:25-cv-01477-GSA

ORDER GRANTING EXTENSION IN PART

The parties stipulate to extend Plaintiff's motion for summary judgment deadline 30 days from January 29, 2026 to March 2, 2026.

A 21-day extension is more appropriate.

Accordingly, it is **ORDERED** that Plaintiff's deadline to file the motion for summary judgment is extended to and including February 19, 2026.

IT IS SO ORDERED.

    Dated:   **January 27, 2026**　　　　　　　　　**/s/ Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE

1