Melissa Newel (CA #148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
MARTIN SALAS

ERIC A. GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration
OSCAR GONZALEZ DE LLANO
Special Assistant U.S. Attorney
Program Litigation 1 Law & Policy
6401 Security Boulevard
Baltimore, Maryland   21235
(510) 970-4818
Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARTIN SALAS, | No.  1:25-cv-01477 (GSA) |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) which provides that a plaintiff

may dismiss an action without court order by filing "a stipulation of dismissal signed by all

STIPULATION OF DISMISSAL

parties who have appeared," IT IS HEREBY STIPULATED BY ALL PARTIES, through their undersigned attorneys, to voluntarily dismiss, with prejudice, the above-referenced action. Each party agrees to bear their own attorney fees, costs, and expenses associated with the action.

Respectfully submitted,

Dated: February 19, 2026                          NEWEL LAW

By:     *Melissa Newel*
        Melissa Newel
        Attorney for Plaintiff
        MARTIN SALAS

Dated: February 19, 2026                          ERIC A. GRANT
        United States Attorney
        MATHEW W. PILE
        Head of Program Litigation 1
        Social Security Administration

By:     *Oscar Gonzalez de Llano*
        OSCAR GONZALEZ DE LLANO
        Special Assistant U.S. Attorney
        Attorneys for Defendant

## ORDER

Based upon the stipulation of the parties, this matter is dismissed and the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated:   **March 4, 2026**                   **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION OF DISMISSAL